**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Barry A. SCOTT, Defendant—**
**Appellant.**

No. 08–30460.

United States Court of Appeals,
Ninth Circuit.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Submitted Sept. 14, 2009.*

Decided Sept. 30, 2009.

Stephanie Joyce Lister, Assistant U.S., Russell E. Smoot, Assistant U.S., Office of the U.S. Attorney, Spokane, WA, for Plaintiff–Appellee.

Dan Bruce Johnson, Dan B. Johnson, P.S., Spokane, WA, for Defendant–Appellant.

Before: SILVERMAN, RAWLINSON, and CLIFTON, Circuit Judges.

MEMORANDUM **

Barry A. Scott appeals from the district court's denial of his motion to suppress evidence of child pornography found during a border search in which officials searched Scott's laptop computer and compact discs. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Scott contends that the district court violated his rights under the First and Fourth Amendments of the United States Constitution by concluding that the border search of his laptop and private discs did not require reasonable suspicion. This contention is foreclosed. *See United States v. Arnold,* 533 F.3d 1003, 1008, 1010 (9th Cir.2008). Scott's contention that the search occurred in a "particularly offensive" manner also fails. *See id.* at 1009–10.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

We decline Scott's request to reconsider *Arnold. See Hart v. Massanari,* 266 F.3d 1155, 1171 (9th Cir.2001).

**AFFIRMED.**